UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

REBA LEE ATHENS LUND,

                Plaintiff,

    v.

JAMIE MACOE ATHENS, et al.,

                Defendants.

Case No. C26-2105-JHC

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

Plaintiff's *in forma pauperis* (IFP) application, Dkt. 3, is deficient.  The two IFP application forms submitted are incomplete, inconsistent, and contain irrelevant information.  For example, Plaintiff states only "assalted" [sic] in response to the question regarding monthly expenses on one form, *id*. at 2, and, in response to the question asking for an explanation of the inability to pay the filing fee on the other form, states "No money!", along with references to murders, "sex killer prison", and "social s. banks frauds" [sic], *id*. at 4.  The Court is unable to rule on an application to proceed IFP without additional information.  It is, in particular, not clear whether Plaintiff has any sources of money, how much money Plaintiff has on hand, what her

MINUTE ORDER - 1

monthly expenses are, and, if she has no sources of money, how she pays for her monthly expenses, including food, shelter, and any other expenses.  In order for this Court to determine Plaintiff's eligibility to proceed IFP, she must submit a single IFP application form, must answer all of the questions asked on the form, and must sign and date both the IFP application and the "Written Consent for Payment of Costs" portions of the form.  Plaintiff must therefore file a revised IFP application within **twenty (20) days** of the date of this Order.  Failure to comply may result in denial of IFP and/or dismissal of this matter.

Dated this 23rd day of June, 2026.

Joshua C. Lewis
Clerk of Court

By: s/ Stefanie Prather
Deputy Clerk

MINUTE ORDER - 2