UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

REBA LEE ATHENS LUND, on behalf of minor C.J.A.A. and minor R.E.A.,

Plaintiff,

v.

JAMIE MACOE ATHENS, et al.,

Defendants.

CASE NO. 2:26-cv-02105-JHC

**ORDER**

This matter comes before the Court sua sponte. Because Plaintiff has not filed an amended complaint by the deadline set in the Order at Dkt. # 11, the Court DISMISSES this matter without prejudice.

DATED this 8th day of October, 2026.

John H. Chun
United States District Judge